UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Eastern Division

| | |
|---|---|
| In Re ) | Chapter 7 |
| ) | |
| CHRISTEL R. GLASER, ) | Case No. 14-10747 |
| ) | |
| Debtor ) | |
| ) | |
| JOHN J. AQUINO, ) | Adv. Proceeding No.: 16-1028 |
| CHAPTER 7 TRUSTEE ) | |
| OF CHRISTEL R. GLASER, ) | |
| Plaintiff ) | |
| v. ) | |
| NATIONSTAR MORTGAGE LLC, ) | |
| Defendant ) | |

**MOTION FOR ENTRY OF ORDER APPROVING
JOINT PROPOSED DISCOVERY PLAN**

To the Honorable Melvin S. Hoffman, Chief U.S. Bankruptcy Judge:

John J. Aquino, the plaintiff herein and duly appointed trustee of the Chapter 7 estate of Christel R. Glaser (the "Trustee") and Nationstar Mortgage LLC ("Nationstar"), the defendant in the within adversary proceeding, request that the Court enter an order approving their joint proposed discovery plan. In support of such request, the parties respectfully represent as follows:

1. The Trustee initiated the within adversary proceeding on February 22, 2016 by the filing of his complaint against Nationstar.

[margin annotation, left side, rotated:] 04/25/2016 Allowed. The deadline for amending the pleadings and for joining additional parties is June 8, 2016. Discovery shall be completed by July 23, 2016. Dispositive motions shall be filed on or before September 16, 2016. A Joint Pre-Trial Memorandum in the form described in the Pretrial Order shall be filed on or before September 23, 2016.