

*04/19/2017 Allowed. The pretrial order deadlines are deemed amended consistent with this order.*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### Eastern Division

|  |  |
|---|---|
| In Re ) | Chapter 7 |
| ) |  |
| CHRISTEL R. GLASER, ) | Case No. 14-10747 |
| ) |  |
| Debtor ) |  |
|  |  |
| JOHN J. AQUINO, ) | Adv. Proceeding No.: 16-1028 |
| CHAPTER 7 TRUSTEE ) |  |
| OF CHRISTEL R. GLASER, ) |  |
| ) |  |
| Plaintiff ) |  |
| ) |  |
| v. ) |  |
| ) |  |
| NATIONSTAR MORTGAGE LLC, ) |  |
| ) |  |
| Defendant ) |  |

## JOINT MOTION FOR ENTRY OF ORDER MODIFYING
## JOINT PROPOSED DISCOVERY PLAN

To the Honorable Melvin S. Hoffman, Chief U.S. Bankruptcy Judge:

John J. Aquino, the plaintiff herein and duly appointed trustee of the Chapter 7 estate of Christel R. Glaser (the "Trustee"), and Nationstar Mortgage LLC ("Nationstar"), the defendant in the within adversary proceeding, jointly request that the Court enter an order approving a further brief extension of discovery and related pretrial deadlines in the within adversary proceeding. In support of such request, the parties respectfully represent as follows: