UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Eastern Division

| | |
|---|---|
| In Re<br><br>CHRISTEL R. GLASER,<br><br>    Debtor | Chapter 7<br><br>Case No. 14-10747 |
| JOHN J. AQUINO,<br>CHAPTER 7 TRUSTEE<br>OF CHRISTEL R. GLASER,<br><br>    Plaintiff<br><br>v.<br><br>MTGLQ INVESTORS, L.P., SUCCESSOR IN<br>INTEREST TO NATIONSTAR MORTGAGE LLC<br><br>    Defendant | Adv. Proceeding No.: 161028-MSH |

**RESPONSE TO SHOW CAUSE ORDER DATED JULY 5, 2017**

To the Honorable Melvin S. Hoffman, Chief U.S. Bankruptcy Judge:

John J. Aquino, the duly appointed Chapter 7 trustee herein (the "Trustee"), and MTGLQ Investors, L.P., as successor in interest to Nationstar Mortgage LLC ("MTGLQ"), submit this response to the Order To Show Cause dated July 5, 2017, and respectfully state as follows:

1. As has been previously reported to the Court, the parties have been working diligently to reach a resolution of all of the issues raised in the within Adversary Proceeding. As the docket reflects, the parties have filed a number of prior motions seeking extensions pending settlement discussions. Recently, the parties were awaiting

what they believed to be final approval of all terms of a proposed settlement. As the parties anticipated being in a position to file all settlement pleadings prior to the July 3, 2017 date for submission of a joint pretrial memorandum, the parties did not file a motion seeking a general extension of pretrial deadlines in advance of the filing of the settlement pleadings. Instead, in good faith, the parties intended to seek the extension contemporaneously with the submission of the settlement documents. Unfortunately, attending to one last set of minor changes consumed a few days more than had been anticipated. The July 3 deadline for filing a pretrial memorandum was inadvertently missed in the midst of the holiday weekend. Without question, an appropriate motion to further extend pretrial deadlines should have been filed in advance of the July 3 date for submission of the pretrial memorandum.

2. Prior to the filing of this Response, the parties have filed their *Stipulation of Compromise* (the "Stipulation") and *Joint Motion For Entry Of Order Approving Stipulation Of Compromise* (the "Approval Motion"). Pursuant to the Stipulation and Approval Motion, the parties seek the entry of an order approving a proposed settlement of all issues in the Adversary Proceeding.

3. The parties have worked diligently for many months to negotiate a mutually agreeable settlement of the issues raised in the Adversary Proceeding. In good faith, the parties believed they would have final settlement documents submitted in advance of the date for filing of the pretrial memorandum such that they would not have to request another extension without reporting final settlement. Ultimately, that belief was slightly too optimistic. The parties should have filed an extension motion, and they sincerely apologize for the inadvertent failure to do so prior to the pretrial memorandum filing

date.  The parties do hope that the filing of the Stipulation and Approval Motion demonstrate that they were in fact working in good faith and diligently toward concluding this litigation and that bypassing the memorandum submission date was unintentional.

Respectfully Submitted,

| JOHN J. AQUINO, CHAPTER 7 TRUSTEE, | MTGLQ INVESTORS, L.P. |
|---|---|
| By his counsel, | By its counsel, |
| /s/ Donald F. Farrell, Jr. | /s/ Mark B. Johnson |
| Donald F. Farrell, Jr. (BBO 159580) | Mark B. Johnson (BBO 252760) |
| ANDERSON AQUINO LLP | Kathleen M. Heyer (BBO 685380) |
| 240 Lewis Wharf | JOHNSON & BORENSTEIN, LLC |
| Boston, MA  02110 | 12 Chestnut Street |
| (617) 723-3600 | Andover, MA 01810 |
| dff@andersonaquino.com | (978) 475-4488 |
| | mark@jbllclaw.com |
| | kathleen.heyer@jbllclaw.com |

Date:  July 6, 2017.