UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 7 |
|  | ) | Case No. 14-10747 -MSH |
| Christel R. Glaser | ) |  |
|  | ) |  |
| Debtor | ) |  |
|  | ) |  |
| John J. Aquino | ) | Adversary Proceeding |
| Plaintiff | ) | No. 16-01028 |
| v. | ) |  |
| Nationstar Mortgage LLC | ) |  |
| Defendant | ) |  |

ORDER

The parties and their counsel are hereby ordered to show cause in writing within 14 days of the date of this order as to why sanctions should not be imposed on the parties and their counsel for failure to comply with the court's order [#40].

By the Court,

_____
Melvin S. Hoffman
United States Bankruptcy Judge

Dated: July 5, 2017

*07/10/2017 The order to show cause is hereby released.*